IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| MATTHEW C. BYLOOS and CARRIE A. SEITZINGER, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 180019G |
| v. | ) ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL**[1] |

Plaintiffs failed to appear at the case management conference, set for 2:00 p.m. on February 14, 2018. The court had mailed Plaintiffs notice of the case management conference on January 30, 2018.

Pursuant to Tax Court Rule – Magistrate Division 21, the court dismisses appeals where a plaintiff fails to appear for a scheduled proceeding. On February 15, 2018, the court sent Plaintiffs a letter ordering them to explain in writing why this case should not be dismissed. That letter warned that Plaintiffs' case would be dismissed if their response was not received by March 1, 2018. The court did not receive a written response from Plaintiffs. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered March 13, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

Dated this ⎯⎯ day of March, 2018.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Lundgren and entered on March 29, 2018.*